Allan D. NewDelman, Esq. (004066)
ALLAN D. NEWDELMAN, P.C.
80 East Columbus Avenue
Phoenix, Arizona 85012
Telephone: (602) 264-4550
Facsimile: (602) 277-0144
Email: ANEWDELMAN@QWESTOFFICE.NET
Attorney for Debtor

Dated: June 2, 2011

_James M. Marlar_

**James M. Marlar, Chief Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
IN THE DISTRICT OF ARIZONA

In Re: ) In Proceedings Under
) Chapter Eleven
Duc H. Ong )
) Case No. 10-10498 JMM
)
) ORDER CONFIRMING THE DEBTOR'S
) PLAN OF REORGANIZATION
)
Debtor. )
)

A Plan of Reorganization under Chapter 11 of the Bankruptcy Code having been filed by the

Debtor, the matter having been duly noticed as evidenced by the Affidavit of Mailing on file with

the Court; the matter having come on for hearing and any objections having been resolved by

approval of this order herein below and good cause appearing;

It having been determined after hearing on notice that:

1. The Plan has been accepted in writing;

2. The provisions of Chapter 11 of the Code have been complied with and that the Plan has

been proposed in good faith and not by any means forbidden by law;

3. At least on impaired Class have voted to accept the Plan;

4. All payments made or promised by the Debtor or by the person issuing securities or

acquiring property under the Plan or by any other person for service or for costs and expenses in, or

in connection with the Plan and incident to the case, have been fully disclosed to the Court and are reasonable or, if to be fixed after confirmation of the Plan, will be subject to the approval of the Court.

IT IS ORDERED that the Plan of Reorganization filed by the Debtor, Duc H. Ong, is hereby CONFIRMED subject to the following terms and conditions:

1.    By agreement, the Debtors shall make payments to the administrative claimant, Allan D. NewDelman, outside the Chapter 11 Plan of Reorganization except as set forth in the Disbursement Schedule, attached hereto as Exhibit "A".

2.    Aurora Loan Services, Inc. is secured by the Debtor's residence located at 10376 East Hillery Drive, Scottsdale, AZ. Debtor shall continue to make all payments that come due. The pre-petition mortgage arrearage in the amount of $11794.33 shall be paid as set forth on the Disbursement Schedule attached hereto as Exhibit "A".

3.    GMAC Mortgage ("GMAC") is secured by a second position lien on the real property located at 10376 East Hillery Drive, Scottsdale, AZ. Pursuant to the Stipulated Judgment, GMAC shall have a general unsecured claim in the amount of $59,473.79 which shall be paid as a member of Class 8. GMAC's lien shall be deemed released only upon the entry of discharge. However, the Debtor make seek release of the lien prior to Debtor's substantial consummation of the Chapter 11 Plan and receipt of a Chapter 11 discharge in the event of a sale or refinancing of the property

4.    Citizens Bank N.A. shall have an unsecured claim in the amount of $59,473.79 which shall be paid a member of Class 8 to the extent that it is able to evidence that it has a claim against the Debtor.

5.    JP Morgan Chase Bank, N.A ("Chase") is secured by a third position lien on the real property located  10376 East Hillery  Drive, Scottsdale, AZ. Pursuant to the Judgement entered in

Adversary Case No. 10-01523 JMM, Chase shall have a general unsecured claim in the amount of $129,172.66 which shall be paid as a member of Class 8. The Creditor's lien shall be deemed released only upon the entry of discharge. However, the Debtor make seek release of the lien prior to Debtor's substantial consummation of the Chapter 11 Plan and receipt of a Chapter 11 discharge in the event of a sale or refinancing of the property.

6.      Aurora Loan Services ("Aurora") is secured by a first mortgage position on the real property located at 8786 West State Avenue, Glendale, AZ. The lien shall be modified to reflect the secured amount of $180,000.00 only upon the entry of discharge. However, the Debtor make seek release of the lien prior to Debtor's substantial consummation of the Chapter 11 Plan and receipt of a Chapter 11 discharge in the event of a sale or refinancing of the property. Any pre-petition mortgage arrearage shall be deemed satisfied by the Judgment reducing the principal balance of the Note to $180,000.00. The Debtor's payments under the loan will be re-amortized with interest at teh rate of 4.75% per annum  over the remaining term of the loan. Aurora shall provide the Debtor with the new payment amount within 30 days from the date that an Order confirming the Debtor's Chapter 11 Plan of Reorganization is entered by the Court. The Creditor shall have no claim against either the Debtor, or its principal for the unsecured portion of the loan which is believed to be $92,424.82 as this is a non-recourse loan.  The confirmed Plan shall be *res judicata* and shall forever bar any claim (whether secured, unsecured or otherwise) of said creditor against the debtor or the estate.

7.      Wachovia Mortgage is secured by a mortgage on the real property located at 9455 East Raintree Drive, Scottsdale, AZ. Debtor shall continue to make all payments that come due.

8.      Wells Fargo Bank, N.A. is secured by a second mortgage lien on the real property

3

located at 9455 East Raintree Drive, Scottsdale, AZ. Debtor shall continue to make all payments that come due.

9. Sunrise Bank of Arizona is secured by a mortgage lien on the commercial property located at 801 North Highway 79, Florence, AZ 85132. Debtor shall surrender the property in full satisfaction of the Creditor's claim. The Creditor shall a general unsecured claim against the Debtor in the amount of $411,873.00 which shall be paid as set forth on the Disbursement Schedule attached hereto as Exhibit "A-1".

10. M&I Marshall Bank & Illsey Bank ("M&I") is secured by a lien on a 2005 Chevrolet Silverado. M&I shall have a secured claim in the amount of $10,673.81. Debtor shall continue to make the monthly contractual payments, plus an additional $25.00 per month, outside the Plan, as they come due.

11. American Honda Finance Corp. ("Honda") is secured by a lien on a 2007 Honda Odyssey. Honda shall have a secured claim in the amount of $8,417.24. Debtor shall continue to make the monthly contractual payments, plus an additional $25.00 per month, outside the Plan, as they come due.

12. The Maricopa County Treasurer shall have a secured claim in the amount of $5,750.02.which shall be paid in regular installments in accordance with 11 U.S.C. §1129(a)(9)(D), over a period not later than 5 years after the date of order for relief under Sections 301, 302 or 303 with interest paid at the statutory rate of 16% per annum, together with accrued and accruing post-petition interest until the claim is paid in full as set forth in the Disbursement Schedule, a copy of which is attached hereto as Exhibit "B".

13. The Maricopa County Treasurer shall retain its lien on the property until the taxes are

4

paid in full. Real estate taxes incurred post-petition shall be paid in the ordinary course of the Debtor's business with interest accruing at the statutory rate of not timely paid. . The Debtor shall send all payments to:

> Maricopa County Treasurer
> Attn: Ruth Davis
> 301 West Jefferson Street
> Room 100
> Phoenix, AZ 85003

14.    American Honda Finance Corp. ("Honda") is secured by a lien on a 2007 Honda Odyssey. Honda shall have a secured claim in the amount of $8,417.24. Debtor shall continue to make the monthly contractual payments, plus an additional $25.00 per month, outside the Plan, as they come due.

15.    All allowed and approved claims in Class 8 shall be paid, *pro rata,* from all funds available for distribution as set forth in the Disbursement Schedule attached hereto as Exhibit "A"

16.    The Debtor is entitled to a limited discharge in accordance with U.S.C. 1142(d)(2).

IT IS FURTHER ORDERED that all property of the estate is vested in the Debtor pursuant to 11 U.S.C. §1141(b).

IT IS FURTHER ORDERED that pre-confirmation fees to the United States Trustee, if any, shall be paid on the effective date of the Plan. Post-confirmation quarterly fees shall be made and post-confirmation quarterly financial reports shall be timely filed until such time as this case is closed by Order of the Court.

SIGNED AND DATED ABOVE.

5

SEEN AND AGREED TO:


/s/ Jessica R. Kenney
Jessica R. Kenny
Counsel for Aurora Loan Services

/s/ Michelle C. Lombino          by consent
                                 as attached —
Michelle C. Lombino
Counsel for Sunrise Bank of Arizona

6

SEEN AND AGREED TO:


/s/ Jessica R. Kenney
Jessica R. Kenny
Counsel for Aurora Loan Services


/s/ John Haarala
John Haarala
Counsel for Sunrise Bank of Arizona

6

| | |
|---|---|
| **From:** | Michelle C. Lombino [mcl@jaburgwilk.com] |
| **Sent:** | Friday, May 27, 2011 12:01 PM |
| **To:** | sgraves@qwestoffice.net |
| **Cc:** | John Haarala; Ronald M. Horwitz; Pamela S. Anderson |
| **Subject:** | RE: Duc H Ong |

Dear Scott,

  Please set the document up for our signature after all, and you have my permission to e-sign on my behalf.  Thank you.

---

**From:** Scott Graves [mailto:sgraves@qwestoffice.net]
**Sent:** Friday, May 27, 2011 11:35 AM
**To:** Michelle C. Lombino
**Subject:** RE: Duc H Ong

Thanks

R. Scott Graves
Paralegal to Allan D. NewDelman
80 East Columbus Avenue
Phoenix, AZ 85012
Telephone: (602) 264-4550
Fac Simile: (6020 277-0144

---

**From:** Michelle C. Lombino [mailto:mcl@jaburgwilk.com]
**Sent:** Friday, May 27, 2011 10:46 AM
**To:** sgraves@qwestoffice.net
**Cc:** Ronald M. Horwitz
**Subject:** RE: Duc H Ong

I will follow up with the Bank's general counsel.


Michelle C. Lombino
JABURG & WILK, P.C.
3200 N. Central Ave., Suite 2000
Phoenix, Arizona 85012
602/ 248-1027
mcl@jaburgwilk.com
www.jaburgwilk.com

This communication is intended only for the individual or entity to whom it is directed. It may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. Dissemination, distribution, or copying of this communication by anyone other than the intended recipient, or a duly designated employee or agent of such recipient, is prohibited. If you have received this communication in error, please notify us immediately by telephone at (602) 248-1000, or via e-mail, and delete this message and all attachments thereto.

# FINAL TREATMENT OF ALL CREDITORS

| | |
|---|---|
| Class 1:<br>Administrative Claims | Total claim to be paid in the Plan is $13,250.00 |
| Class 2:<br>Secured Claim of Aurora Loan Services, Inc. | Pursuant to the Plan, all post-peititon payments outside the Plan. The pre-petition payment arrearage of $11,794.33 to be paid inside the Plan as set forth in the Disbursement Schedule |
| Class 2A:<br>Secured Claim of GMAC Mortgage | Pursuant to the Stipulated Judgment, GMAC will have an unsecured claim in the amount of $59,473.79 which shall be paid as a member of Class 8. GMAC's lien to be released upon the entry of the discharge. Debtor may seek release of the lien prior to the entry of the discharge in the event of a sale or refinancing. |
| Class 2B:<br>Secured Claim of JPMorgan Chase Bank, N.A. | Pursuant to the default Judgment, Chase will have an unsecured claim in the amount of $129172.66 which shall be paid as a member of Class 8. Chase's lien to be released upon the entry of the discharge. Debtor may seek release of the lien prior to the entry of the discharge in the event of a sale or refinancing. |
| Class 2C:<br>Secured Claim of Maricopa County Treasurer | Shall have a secured claim in the amount of $2,890.36 which shall be paid inside the Plan with interest at the rate of 16% per annum. Total to be paid inside the Plan is $4,176.84. |
| Class 3:<br>Secured Claim of Aurora Loan Services | Pursuant to the Stipulated Judgment, Aurora will have a secured claim in the amount of $165,000.00. The claim shall be amortized over the remaining life of the Plan at the contract rate of interest. Aurora shall have a general unsecured claim in the amount of $107,424.82 which paid as a member of Class 8. Any pre-petition arrearage shall be deemed satisfied by the Judgment. Aurora shall provide the Debtor with the new payment amount within 30 days from the date that the Order confirming the Debtor's Plan is entered by the Court. |
| Class 3A:<br>Secured Claim of Maricopa County Treasurer | Shall have a secured claim in the amount of $1,169.60 which shall be paid inside the Plan with interest at the rate of 16% per annum. Total |

| | |
|---|---|
| | to be paid inside the Plan is $1,690.35 |
| Class 4:<br>Secured Claim of Wachovia Mortgage | Pursuant to the Plan, the Debtor shall make all all payments that come due outside the Plan. |
| Class 4A:<br>Secured Claim of Wells Fargo<br>Bank, N.A. | Pursuant to the Plan, the Debtor shall make all all payments that come due outside the Plan. |
| Class 4B:<br>Secured Claim of Maricopa County<br>Treasurer | Shall have a secured claim in the amount of $1,690.06 which shall be paid inside the Plan with interest at the rate of 16% per annum. Total to be paid inside the Plan is $2,442.41. |
| Class 5:<br>Secured Claim of Sunrise Bank<br>of Arizona | Debtor will surrender the property to the Creditor in full satisfaction of its lien. Creditor shall no deficiency claim against the Debtor. |
| Class 6:<br>Secured Claim of M&I Marshall<br>Bank & Issley Bank | M&I Bank shall have a secured claim in the amount of $10,673.81. Debtor shall make all payments that come due outside the Plan plus an additional $25.00 per month with the first additional payment to start 30 days from the date the the Order confirming the Debtor's Chapter 11 Plan of Reorganization is entered by the Court. |
| Class 7:<br>Secured Claim of American Honda<br>Finance Corp. | American Honda shall have a secured claim in the amount of $8,417.24. Debtor shall make all payments that come due outside the Plan plus an additional $25.00 per month with the first additional payment to start 30 days from the date the the Order confirming the Debtor's Chapter 11 Plan of Reorganization is entered by the Court. |
| Class 8:<br>General Unsecured Claims | Pursuant to the Plan, All members of this Class shall have their claims paid pro rate as set forth in the Disbursement Schedule. The total to be paid to Class 8 under the Plan is $10,200.00 |
| Class 9:<br>Disputed Claims | Pursuant to the Plan, all members of this Class are creditors whose claim was marked as disputed on Schedule F and to which no proof of claim was filed. No payment shall be made to any member of this class. In the event that the Court allows any claim in this Class that claim shall be paid as a member of Class 8 . |
| Class 10: | |

| Debtor's Interest | Debtor shall retain all of his legal and equitable interest in exempt and non-exempt assets of this estate, as all reconciliation issues have been met. All estate property shall vest back to the Debtor at confirmation. |
| --- | --- |

# EXHIBIT "A"

| Quarter Ending | ADN Admin Claim | Aurora Secured Claim | Maricopa Co Treasurer Claim | General Unsecured Creditors | **Total Monthly Payment** |
|---|---|---|---|---|---|
| Month 1 | 150.00 | 100.00 | 139.84 | 100.00 | **489.84** |
| Month 2 | 150.00 | 100.00 | 139.84 | 100.00 | **489.84** |
| Month 3 | 150.00 | 100.00 | 139.84 | 100.00 | **489.84** |
| Month 4 | 150.00 | 100.00 | 139.84 | 100.00 | **489.84** |
| Month 5 | 150.00 | 100.00 | 139.84 | 100.00 | **489.84** |
| Month 6 | 150.00 | 100.00 | 139.84 | 100.00 | **489.84** |
| Month 7 | 150.00 | 100.00 | 139.84 | 100.00 | **489.84** |
| Month 8 | 150.00 | 100.00 | 139.84 | 100.00 | **489.84** |
| Month 9 | 150.00 | 100.00 | 139.84 | 100.00 | **489.84** |
| Month 10 | 150.00 | 100.00 | 139.84 | 100.00 | **489.84** |
| Month 11 | 150.00 | 100.00 | 139.84 | 100.00 | **489.84** |
| Month 12 | 150.00 | 100.00 | 139.84 | 100.00 | **489.84** |
| **YEAR 1 TOTALS** | **$1,800.00** | **$1,200.00** | **$1,678.08** | **$1,200.00** | **$5,878.08** |
| Month 13 | 200.00 | 165.00 | 139.84 | 100.00 | **604.84** |
| Month 14 | 150.00 | 100.00 | 139.84 | 100.00 | **489.84** |
| Month 15 | 150.00 | 100.00 | 139.84 | 100.00 | **489.84** |
| Month 16 | 150.00 | 100.00 | 139.84 | 100.00 | **489.84** |
| Month 17 | 150.00 | 100.00 | 139.84 | 100.00 | **489.84** |
| Month 18 | 150.00 | 100.00 | 139.84 | 100.00 | **489.84** |
| Month 19 | 150.00 | 100.00 | 139.84 | 100.00 | **489.84** |
| Month 20 | 150.00 | 100.00 | 139.84 | 100.00 | **489.84** |
| Month 21 | 150.00 | 100.00 | 139.84 | 100.00 | **489.84** |
| Month 22 | 150.00 | 100.00 | 139.84 | 100.00 | **489.84** |
| Month 23 | 150.00 | 100.00 | 139.84 | 100.00 | **489.84** |
| Month 24 | 150.00 | 100.00 | 139.84 | 100.00 | **489.84** |
| **YEAR 2 TOTALS** | **$1,850.00** | **$1,265.00** | **$1,678.08** | **$1,200.00** | **$5,993.08** |

| Quarter Ending | ADN Admin Claim | Aurora Secured Claim | Maricopa Co Treasurer Claim | General Unsecured Creditors | **Total Monthly Payment** |
|---|---|---|---|---|---|
| Month 25 | 150.00 | 100.00 | 139.84 | 100.00 | **489.84** |
| Month 26 | 150.00 | 100.00 | 139.84 | 100.00 | **489.84** |
| Month 27 | 150.00 | 100.00 | 139.84 | 100.00 | **489.84** |
| Month 28 | 150.00 | 100.00 | 139.84 | 100.00 | **489.84** |
| Month 29 | 150.00 | 100.00 | 139.84 | 100.00 | **489.84** |
| Month 30 | 150.00 | 100.00 | 139.84 | 100.00 | **489.84** |
| Month 31 | 150.00 | 100.00 | 139.84 | 100.00 | **489.84** |
| Month 32 | 150.00 | 100.00 | 139.84 | 100.00 | **489.84** |
| Month 33 | 150.00 | 100.00 | 139.84 | 100.00 | **489.84** |
| Month 34 | 150.00 | 100.00 | 139.84 | 100.00 | **489.84** |
| Month 35 | 150.00 | 100.00 | 139.84 | 100.00 | **489.84** |
| Month 36 | 150.00 | 100.00 | 139.84 | 100.00 | **489.84** |
| **YEAR 3 TOTALS** | **$1,800.00** | **$1,200.00** | **$1,678.08** | **$1,200.00** | **$5,878.08** |
| Month 37 | 150.00 | 100.00 | 139.84 | 100.00 | **489.84** |
| Month 38 | 150.00 | 250.00 | 139.84 | 100.00 | **639.84** |
| Month 39 | 150.00 | 250.00 | 139.84 | 100.00 | **639.84** |
| Month 40 | 150.00 | 250.00 | 139.84 | 100.00 | **639.84** |
| Month 41 | 150.00 | 250.00 | 139.84 | 100.00 | **639.84** |
| Month 42 | 150.00 | 250.00 | 139.84 | 100.00 | **639.84** |
| Month 43 | 150.00 | 250.00 | 139.84 | 100.00 | **639.84** |
| Month 44 | 150.00 | 250.00 | 139.84 | 100.00 | **639.84** |
| Month 45 | 150.00 | 250.00 | 139.84 | 100.00 | **639.84** |
| Month 46 | 150.00 | 250.00 | 139.84 | 100.00 | **639.84** |
| Month 47 | 150.00 | 250.00 | 139.84 | 100.00 | **639.84** |
| Month 48 | 150.00 | 250.00 | 139.84 | 100.00 | **639.84** |
| **YEAR 4 TOTALS** | **$1,800.00** | **$2,850.00** | **$1,678.08** | **$1,200.00** | **$7,528.08** |

| Quarter Ending | ADN Admin Claim | Aurora Secured Claim | Maricopa Co Treasurer Claim | General Unsecured Creditors | **Total Monthly Payment** |
|---|---|---|---|---|---|
| Month 49 | 150.00 | 250.00 | 139.84 | 100.00 | **639.84** |
| Month 50 | 150.00 | 250.00 | 139.84 | 100.00 | **639.84** |
| Month 51 | 150.00 | 250.00 | 1,317.60 | 100.00 | **1,817.60** |
| Month 52 | 150.00 | 250.00 | 0.00 | 100.00 | **500.00** |
| Month 53 | 150.00 | 250.00 | 0.00 | 100.00 | **500.00** |
| Month 54 | 150.00 | 250.00 | 0.00 | 100.00 | **500.00** |
| Month 55 | 150.00 | 250.00 | 0.00 | 100.00 | **500.00** |
| Month 56 | 150.00 | 250.00 | 0.00 | 100.00 | **500.00** |
| Month 57 | 150.00 | 250.00 | 0.00 | 100.00 | **500.00** |
| Month 58 | 150.00 | 250.00 | 0.00 | 100.00 | **500.00** |
| Month 59 | 150.00 | 250.00 | 0.00 | 100.00 | **500.00** |
| Month 60 | 150.00 | 250.00 | 0.00 | 100.00 | **500.00** |
| **YEAR 5 TOTALS** | **$1,800.00** | **$3,000.00** | **$1,597.28** | **$1,200.00** | **$7,597.28** |
| Month 61 | 350.00 | 250.00 | 0.00 | 350.00 | **950.00** |
| Month 62 | 350.00 | 250.00 | 0.00 | 350.00 | **950.00** |
| Month 63 | 350.00 | 250.00 | 0.00 | 350.00 | **950.00** |
| Month 64 | 350.00 | 250.00 | 0.00 | 350.00 | **950.00** |
| Month 65 | 350.00 | 250.00 | 0.00 | 350.00 | **950.00** |
| Month 66 | 350.00 | 250.00 | 0.00 | 350.00 | **950.00** |
| Month 67 | 350.00 | 250.00 | 0.00 | 350.00 | **950.00** |
| Month 68 | 350.00 | 250.00 | 0.00 | 350.00 | **950.00** |
| Month 69 | 350.00 | 250.00 | 0.00 | 350.00 | **950.00** |
| Month 70 | 350.00 | 29.33 | 0.00 | 350.00 | **729.33** |
| Month 71 | 350.00 | 0.00 | 0.00 | 350.00 | **700.00** |
| Month 72 | 350.00 | 0.00 | 0.00 | 350.00 | **700.00** |
| **YEAR 6 TOTALS** | **$4,200.00** | **$2,279.33** | **$0.00** | **$4,200.00** | **$10,679.33** |
| **GRAND TOTALS** | **$13,250.00** | **$11,794.33** | **$8,309.60** | **$10,200.00** | **$43,553.93** |

# EXHIBIT "A-1"

# DUC H. ONG
## USBC 10-10498 JMM
### Pro Rata Share for Unsecured Creditors

| Creditor Name | Amount of Claim | Percentage of Total Claim | Monthly Payment | Amount to be Paid |
|---|---|---|---|---|
| Discover Bank | 2,438.80 | 0.24% | 100.00 | 0.24 |
| Wells Fargo Bank, N.A. | 8,311.96 | 0.79% | 100.00 | 0.79 |
| JPMorgan Chase Bank, N.A. | 87,755.42 | 8.32% | 100.00 | 8.32 |
| Chase Bank USA, N.A. | 10,508.36 | 1.00% | 100.00 | 1.00 |
| Chase Bank USA, N.A. | 17,371.36 | 1.65% | 100.00 | 1.65 |
| Citibank South Dakota NA | 18,719.20 | 1.78% | 100.00 | 1.78 |
| Bank of America | 21,235.35 | 2.01% | 100.00 | 2.01 |
| Bank of America | 2,985.33 | 0.28% | 100.00 | 0.28 |
| Chase Bank USA | 3,508.43 | 0.32% | 100.00 | 0.31 |
| Citibank | 17,310.44 | 1.64% | 100.00 | 1.64 |
| FIA Card Services | 21,599.00 | 2.05% | 100.00 | 2.05 |
| FIA Card Services | 21,243.00 | 2.01% | 100.00 | 2.01 |
| GMAC Mortgage | 59,473.09 | 5.64% | 100.00 | 5.64 |
| Wells Fargo Bank, N.A. | 4,494.89 | 0.43% | 100.00 | 0.43 |
| West Asset Management | 1,504.61 | 0.15% | 100.00 | 0.16 |
| Florence Properties LLC | 214,839.12 | 20.38% | 100.00 | 20.38 |
| JPMorgan Chase Bank, N.A. | 129,172.66 | 12.25% | 100.00 | 12.25 |
| Sunrise Bank of Arizona | 411,873.00 | 39.06% | 100.00 | 39.06 |
| **TOTALS** | **$1,054,344.02** | **100.00%** | | **$100.00** |

# DUC H. ONG
## USBC 10-10498 JMM
### Pro Rata Share for Unsecured Creditors

| Creditor Name | Amount of Claim | Percentage of Total Claim | Monthly Payment | Amount to be Paid |
|---|---|---|---|---|
| Discover Bank | 2,438.80 | 0.24% | 350.00 | 0.84 |
| Wells Fargo Bank, N.A. | 8,311.96 | 0.79% | 350.00 | 2.77 |
| JPMorgan Chase Bank, N.A. | 87,755.42 | 8.32% | 350.00 | 29.12 |
| Chase Bank USA, N.A. | 10,508.36 | 1.00% | 350.00 | 3.50 |
| Chase Bank USA, N.A. | 17,371.36 | 1.65% | 350.00 | 5.78 |
| Citibank South Dakota NA | 18,719.20 | 1.78% | 350.00 | 6.23 |
| Bank of America | 21,235.35 | 2.01% | 350.00 | 7.04 |
| Bank of America | 2,985.33 | 0.28% | 350.00 | 0.98 |
| Chase Bank USA | 3,508.43 | 0.32% | 350.00 | 1.12 |
| Citibank | 17,310.44 | 1.64% | 350.00 | 5.74 |
| FIA Card Services | 21,599.00 | 2.05% | 350.00 | 7.18 |
| FIA Card Services | 21,243.00 | 2.01% | 350.00 | 7.04 |
| GMAC Mortgage | 59,473.09 | 5.64% | 350.00 | 19.74 |
| Wells Fargo Bank, N.A. | 4,494.89 | 0.43% | 350.00 | 1.51 |
| West Asset Management | 1,504.61 | 0.15% | 350.00 | 0.53 |
| Florence Properties LLC | 214,839.12 | 20.38% | 350.00 | 71.31 |
| JPMorgan Chase Bank, N.A. | 129,172.66 | 12.25% | 350.00 | 42.88 |
| Sunrise Bank of Arizona | 411,873.00 | 39.06% | 350.00 | 136.69 |
| **TOTALS** | **$1,054,344.02** | **100.00%** | | **$350.00** |

# EXHIBIT "B"

## DUC H.ONG
## USBC 10-10498 JMM
### Pro Rata Share for Maricopa County Treasurer for Months 1 through 50

| Creditor Name | Amount of Claim | Percentage of Total Claim | Monthly Payment | Amount to be Paid |
|---|---|---|---|---|
| Parcel # 142-28-675 1 | 1,690.06 | 29.39% | 139.84 | 41.10 |
| Parcel #217-66-248 7 | 1,169.60 | 20.34% | 139.84 | 28.44 |
| Parcel # 217-61-223 5 | 2,890.36 | 50.27% | 139.84 | 70.30 |
| **TOTALS** | **$5,750.02** | **100.00%** | | **$139.84** |

## DUC H.ONG
## USBC 10-10498 JMM
### Pro Rata Share for Maricopa County Treasurer for Month 51

| Creditor Name | Amount of Claim | Percentage of Total Claim | Monthly Payment | Amount to be Paid |
|---|---|---|---|---|
| Parcel # 142-28-675 1 | 1,690.06 | 29.39% | 969.59 | 387.41 |
| Parcel #217-66-248 7 | 1,169.60 | 20.34% | 969.59 | 268.35 |
| Parcel # 217-61-223 5 | 2,890.36 | 50.27% | 969.59 | 661.84 |
| **TOTALS** | **$5,750.02** | **100.00%** | | **$1,317.60** |

# Duc H. Ong - Amortization Schedule for Parcel No. 142-25-675 1

**Title:   Solve For Missing Number Transfer**

**Loan amount:** $1,690.06         **Interest rate:** 16.00          **Payment type:** Normal
**Amortization period:** 51 Months    **Compounding:** Simple Interest (U.S. Rule)
**Payments made:** Monthly           **Accelerated?** No    **Day Count Convention:** 30/360

| # | Payment Date | Payment Amount | Principal Portion | Interest Portion | Escrow Portion | Interest To Date | Principal Remaining | Escrow Balance |
|---|---|---|---|---|---|---|---|---|
| 1 | 5/31/2011 | $41.10 | $18.57 | $22.53 | $0.00 | $22.53 | $1,671.49 | $0.00 |
| 2 | 6/30/2011 | $41.10 | $18.81 | $22.29 | $0.00 | $44.82 | $1,652.68 | $0.00 |
| 3 | 7/31/2011 | $41.10 | $19.06 | $22.04 | $0.00 | $66.86 | $1,633.62 | $0.00 |
| 4 | 8/31/2011 | $41.10 | $19.32 | $21.78 | $0.00 | $88.64 | $1,614.30 | $0.00 |
| 5 | 9/30/2011 | $41.10 | $19.58 | $21.52 | $0.00 | $110.16 | $1,594.72 | $0.00 |
| 6 | 10/31/2011 | $41.10 | $19.84 | $21.26 | $0.00 | $131.42 | $1,574.88 | $0.00 |
| 7 | 11/30/2011 | $41.10 | $20.10 | $21.00 | $0.00 | $152.42 | $1,554.78 | $0.00 |
| 8 | 12/31/2011 | $41.10 | $20.37 | $20.73 | $0.00 | $173.15 | $1,534.41 | $0.00 |

**Annual Summary as of: 12/31/2011**

| | | $328.80 | $155.65 | $173.15 | $0.00 | $173.15 | $1,534.41 | $0.00 |
|---|---|---|---|---|---|---|---|---|

| # | Payment Date | Payment Amount | Principal Portion | Interest Portion | Escrow Portion | Interest To Date | Principal Remaining | Escrow Balance |
|---|---|---|---|---|---|---|---|---|
| 9 | 1/31/2012 | $41.10 | $20.64 | $20.46 | $0.00 | $193.61 | $1,513.77 | $0.00 |
| 10 | 2/29/2012 | $41.10 | $20.92 | $20.18 | $0.00 | $213.79 | $1,492.85 | $0.00 |
| 11 | 3/31/2012 | $41.10 | $21.20 | $19.90 | $0.00 | $233.69 | $1,471.65 | $0.00 |
| 12 | 4/30/2012 | $41.10 | $21.48 | $19.62 | $0.00 | $253.31 | $1,450.17 | $0.00 |
| 13 | 5/31/2012 | $41.10 | $21.76 | $19.34 | $0.00 | $272.65 | $1,428.41 | $0.00 |
| 14 | 6/30/2012 | $41.10 | $22.05 | $19.05 | $0.00 | $291.70 | $1,406.36 | $0.00 |
| 15 | 7/31/2012 | $41.10 | $22.35 | $18.75 | $0.00 | $310.45 | $1,384.01 | $0.00 |
| 16 | 8/31/2012 | $41.10 | $22.65 | $18.45 | $0.00 | $328.90 | $1,361.36 | $0.00 |
| 17 | 9/30/2012 | $41.10 | $22.95 | $18.15 | $0.00 | $347.05 | $1,338.41 | $0.00 |
| 18 | 10/31/2012 | $41.10 | $23.25 | $17.85 | $0.00 | $364.90 | $1,315.16 | $0.00 |
| 19 | 11/30/2012 | $41.10 | $23.56 | $17.54 | $0.00 | $382.44 | $1,291.60 | $0.00 |
| 20 | 12/31/2012 | $41.10 | $23.88 | $17.22 | $0.00 | $399.66 | $1,267.72 | $0.00 |

**Annual Summary as of: 12/31/2012**

| | | $493.20 | $266.69 | $226.51 | $0.00 | $399.66 | $1,267.72 | $0.00 |
|---|---|---|---|---|---|---|---|---|

| # | Payment Date | Payment Amount | Principal Portion | Interest Portion | Escrow Portion | Interest To Date | Principal Remaining | Escrow Balance |
|---|---|---|---|---|---|---|---|---|
| 21 | 1/31/2013 | $41.10 | $24.20 | $18.90 | $0.00 | $416.58 | $1,243.52 | $0.00 |
| 22 | 2/28/2013 | $41.10 | $24.52 | $16.58 | $0.00 | $433.14 | $1,219.00 | $0.00 |
| 23 | 3/31/2013 | $41.10 | $24.85 | $16.25 | $0.00 | $449.39 | $1,194.15 | $0.00 |
| 24 | 4/30/2013 | $41.10 | $25.18 | $15.92 | $0.00 | $465.31 | $1,168.97 | $0.00 |
| 25 | 5/31/2013 | $41.10 | $25.51 | $15.59 | $0.00 | $480.90 | $1,143.46 | $0.00 |
| 26 | 6/30/2013 | $41.10 | $25.85 | $15.25 | $0.00 | $496.15 | $1,117.61 | $0.00 |
| 27 | 7/31/2013 | $41.10 | $26.20 | $14.90 | $0.00 | $511.05 | $1,091.41 | $0.00 |
| 28 | 8/31/2013 | $41.10 | $26.55 | $14.55 | $0.00 | $525.60 | $1,064.86 | $0.00 |
| 29 | 9/30/2013 | $41.10 | $26.90 | $14.20 | $0.00 | $539.80 | $1,037.96 | $0.00 |
| 30 | 10/31/2013 | $41.10 | $27.26 | $13.84 | $0.00 | $553.64 | $1,010.70 | $0.00 |
| 31 | 11/30/2013 | $41.10 | $27.62 | $13.48 | $0.00 | $567.12 | $983.08 | $0.00 |
| 32 | 12/31/2013 | $41.10 | $27.99 | $13.11 | $0.00 | $580.23 | $955.09 | $0.00 |

**Annual Summary as of: 12/31/2013**

| | | $493.20 | $312.63 | $180.57 | $0.00 | $580.23 | $955.09 | $0.00 |
|---|---|---|---|---|---|---|---|---|

| 33 | 1/31/2014 | $41.10 | $28.37 | $12.73 | $0.00 | $592.96 | $926.72 | $0.00 |
|---|---|---|---|---|---|---|---|---|

# Duc H. Ong - Amortization Schedule for Parcel No. 142-25-675 1

**Title:  Solve For Missing Number Transfer**

| # | Payment Date | Payment Amount | Principal Portion | Interest Portion | Escrow Portion | Interest To Date | Principal Remaining | Escrow Balance |
|---|---|---|---|---|---|---|---|---|
| 34 | 2/28/2014 | $41.10 | $28.74 | $12.36 | $0.00 | $605.32 | $897.98 | $0.00 |
| 35 | 3/31/2014 | $41.10 | $29.13 | $11.97 | $0.00 | $617.29 | $868.85 | $0.00 |
| 36 | 4/30/2014 | $41.10 | $29.52 | $11.58 | $0.00 | $628.87 | $839.33 | $0.00 |
| 37 | 5/31/2014 | $41.10 | $29.91 | $11.19 | $0.00 | $640.06 | $809.42 | $0.00 |
| 38 | 6/30/2014 | $41.10 | $30.31 | $10.79 | $0.00 | $650.85 | $779.11 | $0.00 |
| 39 | 7/31/2014 | $41.10 | $30.71 | $10.39 | $0.00 | $661.24 | $748.40 | $0.00 |
| 40 | 8/31/2014 | $41.10 | $31.12 | $9.98 | $0.00 | $671.22 | $717.28 | $0.00 |
| 41 | 9/30/2014 | $41.10 | $31.54 | $9.56 | $0.00 | $680.78 | $685.74 | $0.00 |
| 42 | 10/31/2014 | $41.10 | $31.96 | $9.14 | $0.00 | $689.92 | $653.78 | $0.00 |
| 43 | 11/30/2014 | $41.10 | $32.38 | $8.72 | $0.00 | $698.64 | $621.40 | $0.00 |
| 44 | 12/31/2014 | $41.10 | $32.81 | $8.29 | $0.00 | $706.93 | $588.59 | $0.00 |

**Annual Summary as of: 12/31/2014**

|  |  | $493.20 | $366.50 | $126.70 | $0.00 | $706.93 | $588.59 | $0.00 |
|---|---|---|---|---|---|---|---|---|

| # | Payment Date | Payment Amount | Principal Portion | Interest Portion | Escrow Portion | Interest To Date | Principal Remaining | Escrow Balance |
|---|---|---|---|---|---|---|---|---|
| 45 | 1/31/2015 | $41.10 | $33.25 | $7.85 | $0.00 | $714.78 | $555.34 | $0.00 |
| 46 | 2/28/2015 | $41.10 | $33.70 | $7.40 | $0.00 | $722.18 | $521.64 | $0.00 |
| 47 | 3/31/2015 | $41.10 | $34.14 | $6.96 | $0.00 | $729.14 | $487.50 | $0.00 |
| 48 | 4/30/2015 | $41.10 | $34.60 | $6.50 | $0.00 | $735.64 | $452.90 | $0.00 |
| 49 | 5/31/2015 | $41.10 | $35.06 | $6.04 | $0.00 | $741.68 | $417.84 | $0.00 |
| 50 | 6/30/2015 | $41.10 | $35.53 | $5.57 | $0.00 | $747.25 | $382.31 | $0.00 |
| 51 | 7/31/2015 | $387.41 | $382.31 | $5.10 | $0.00 | $752.35 | $0.00 | $0.00 |

**Annual Summary as of: 12/31/2015**

|  |  | $634.01 | $588.59 | $45.42 | $0.00 | $752.35 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|---|---|

**Grand Totals:**

|  |  | $2,442.41 | $1,690.06 | $752.35 | $0.00 | $752.35 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|---|---|

# Duc H.Ong - Parcel No. 217-66-248 7

**Title:   Solve For Missing Number Transfer**

|  | | |
|---|---|---|
| **Loan amount:** $1,169.60 | **Interest rate:** 16.00 | **Payment type:** Normal |
| **Amortization period:** 51 Months | **Compounding:** Simple Interest (U.S. Rule) | |
| **Payments made:** Monthly | **Accelerated?** No | **Day Count Convention:** 30/360 |

| # | Payment Date | Payment Amount | Principal Portion | Interest Portion | Escrow Portion | Interest To Date | Principal Remaining | Escrow Balance |
|---|---|---|---|---|---|---|---|---|
| 1 | 5/31/2011 | $28.44 | $12.85 | $15.59 | $0.00 | $15.59 | $1,156.75 | $0.00 |
| 2 | 6/30/2011 | $28.44 | $13.02 | $15.42 | $0.00 | $31.01 | $1,143.73 | $0.00 |
| 3 | 7/31/2011 | $28.44 | $13.19 | $15.25 | $0.00 | $46.26 | $1,130.54 | $0.00 |
| 4 | 8/31/2011 | $28.44 | $13.37 | $15.07 | $0.00 | $61.33 | $1,117.17 | $0.00 |
| 5 | 9/30/2011 | $28.44 | $13.54 | $14.90 | $0.00 | $76.23 | $1,103.63 | $0.00 |
| 6 | 10/31/2011 | $28.44 | $13.72 | $14.72 | $0.00 | $90.95 | $1,089.91 | $0.00 |
| 7 | 11/30/2011 | $28.44 | $13.91 | $14.53 | $0.00 | $105.48 | $1,076.00 | $0.00 |
| 8 | 12/31/2011 | $28.44 | $14.09 | $14.35 | $0.00 | $119.83 | $1,061.91 | $0.00 |

**Annual Summary as of: 12/31/2011**

|  |  | | $227.52 | $107.69 | $119.83 | $0.00 | $119.83 | $1,061.91 | $0.00 |
|---|---|---|---|---|---|---|---|---|---|

| # | Payment Date | Payment Amount | Principal Portion | Interest Portion | Escrow Portion | Interest To Date | Principal Remaining | Escrow Balance |
|---|---|---|---|---|---|---|---|---|
| 9 | 1/31/2012 | $28.44 | $14.28 | $14.16 | $0.00 | $133.99 | $1,047.63 | $0.00 |
| 10 | 2/29/2012 | $28.44 | $14.47 | $13.97 | $0.00 | $147.96 | $1,033.16 | $0.00 |
| 11 | 3/31/2012 | $28.44 | $14.66 | $13.78 | $0.00 | $161.74 | $1,018.50 | $0.00 |
| 12 | 4/30/2012 | $28.44 | $14.86 | $13.58 | $0.00 | $175.32 | $1,003.64 | $0.00 |
| 13 | 5/31/2012 | $28.44 | $15.06 | $13.38 | $0.00 | $188.70 | $988.58 | $0.00 |
| 14 | 6/30/2012 | $28.44 | $15.26 | $13.18 | $0.00 | $201.88 | $973.32 | $0.00 |
| 15 | 7/31/2012 | $28.44 | $15.46 | $12.98 | $0.00 | $214.86 | $957.86 | $0.00 |
| 16 | 8/31/2012 | $28.44 | $15.67 | $12.77 | $0.00 | $227.63 | $942.19 | $0.00 |
| 17 | 9/30/2012 | $28.44 | $15.88 | $12.56 | $0.00 | $240.19 | $926.31 | $0.00 |
| 18 | 10/31/2012 | $28.44 | $16.09 | $12.35 | $0.00 | $252.54 | $910.22 | $0.00 |
| 19 | 11/30/2012 | $28.44 | $16.30 | $12.14 | $0.00 | $264.68 | $893.92 | $0.00 |
| 20 | 12/31/2012 | $28.44 | $16.52 | $11.92 | $0.00 | $276.60 | $877.40 | $0.00 |

**Annual Summary as of: 12/31/2012**

|  |  | | $341.28 | $184.51 | $156.77 | $0.00 | $276.60 | $877.40 | $0.00 |
|---|---|---|---|---|---|---|---|---|---|

| # | Payment Date | Payment Amount | Principal Portion | Interest Portion | Escrow Portion | Interest To Date | Principal Remaining | Escrow Balance |
|---|---|---|---|---|---|---|---|---|
| 21 | 1/31/2013 | $28.44 | $16.74 | $11.70 | $0.00 | $288.30 | $860.66 | $0.00 |
| 22 | 2/28/2013 | $28.44 | $16.96 | $11.48 | $0.00 | $299.78 | $843.70 | $0.00 |
| 23 | 3/31/2013 | $28.44 | $17.19 | $11.25 | $0.00 | $311.03 | $826.51 | $0.00 |
| 24 | 4/30/2013 | $28.44 | $17.42 | $11.02 | $0.00 | $322.05 | $809.09 | $0.00 |
| 25 | 5/31/2013 | $28.44 | $17.65 | $10.79 | $0.00 | $332.84 | $791.44 | $0.00 |
| 26 | 6/30/2013 | $28.44 | $17.89 | $10.55 | $0.00 | $343.39 | $773.55 | $0.00 |
| 27 | 7/31/2013 | $28.44 | $18.13 | $10.31 | $0.00 | $353.70 | $755.42 | $0.00 |
| 28 | 8/31/2013 | $28.44 | $18.37 | $10.07 | $0.00 | $363.77 | $737.05 | $0.00 |
| 29 | 9/30/2013 | $28.44 | $18.61 | $9.83 | $0.00 | $373.60 | $718.44 | $0.00 |
| 30 | 10/31/2013 | $28.44 | $18.86 | $9.58 | $0.00 | $383.18 | $699.58 | $0.00 |
| 31 | 11/30/2013 | $28.44 | $19.11 | $9.33 | $0.00 | $392.51 | $680.47 | $0.00 |
| 32 | 12/31/2013 | $28.44 | $19.37 | $9.07 | $0.00 | $401.58 | $661.10 | $0.00 |

**Annual Summary as of: 12/31/2013**

|  |  | | $341.28 | $216.30 | $124.98 | $0.00 | $401.58 | $661.10 | $0.00 |
|---|---|---|---|---|---|---|---|---|---|

| # | Payment Date | Payment Amount | Principal Portion | Interest Portion | Escrow Portion | Interest To Date | Principal Remaining | Escrow Balance |
|---|---|---|---|---|---|---|---|---|
| 33 | 1/31/2014 | $28.44 | $19.63 | $8.81 | $0.00 | $410.39 | $641.47 | $0.00 |

# Duc H.Ong - Parcel No. 217-66-248 7

**Title:   Solve For Missing Number Transfer**

| # | Payment Date | Payment Amount | Principal Portion | Interest Portion | Escrow Portion | Interest To Date | Principal Remaining | Escrow Balance |
|---|---|---|---|---|---|---|---|---|
| 34 | 2/28/2014 | $28.44 | $19.89 | $8.55 | $0.00 | $418.94 | $621.58 | $0.00 |
| 35 | 3/31/2014 | $28.44 | $20.15 | $8.29 | $0.00 | $427.23 | $601.43 | $0.00 |
| 36 | 4/30/2014 | $28.44 | $20.42 | $8.02 | $0.00 | $435.25 | $581.01 | $0.00 |
| 37 | 5/31/2014 | $28.44 | $20.69 | $7.75 | $0.00 | $443.00 | $560.32 | $0.00 |
| 38 | 6/30/2014 | $28.44 | $20.97 | $7.47 | $0.00 | $450.47 | $539.35 | $0.00 |
| 39 | 7/31/2014 | $28.44 | $21.25 | $7.19 | $0.00 | $457.66 | $518.10 | $0.00 |
| 40 | 8/31/2014 | $28.44 | $21.53 | $6.91 | $0.00 | $464.57 | $496.57 | $0.00 |
| 41 | 9/30/2014 | $28.44 | $21.82 | $6.62 | $0.00 | $471.19 | $474.75 | $0.00 |
| 42 | 10/31/2014 | $28.44 | $22.11 | $6.33 | $0.00 | $477.52 | $452.64 | $0.00 |
| 43 | 11/30/2014 | $28.44 | $22.40 | $6.04 | $0.00 | $483.56 | $430.24 | $0.00 |
| 44 | 12/31/2014 | $28.44 | $22.70 | $5.74 | $0.00 | $489.30 | $407.54 | $0.00 |

**Annual Summary as of: 12/31/2014**

|  |  | $341.28 | $253.56 | $87.72 | $0.00 | $489.30 | $407.54 | $0.00 |
|---|---|---|---|---|---|---|---|---|

| # | Payment Date | Payment Amount | Principal Portion | Interest Portion | Escrow Portion | Interest To Date | Principal Remaining | Escrow Balance |
|---|---|---|---|---|---|---|---|---|
| 45 | 1/31/2015 | $28.44 | $23.01 | $5.43 | $0.00 | $494.73 | $384.53 | $0.00 |
| 46 | 2/28/2015 | $28.44 | $23.31 | $5.13 | $0.00 | $499.86 | $361.22 | $0.00 |
| 47 | 3/31/2015 | $28.44 | $23.62 | $4.82 | $0.00 | $504.68 | $337.60 | $0.00 |
| 48 | 4/30/2015 | $28.44 | $23.94 | $4.50 | $0.00 | $509.18 | $313.66 | $0.00 |
| 49 | 5/31/2015 | $28.44 | $24.26 | $4.18 | $0.00 | $513.36 | $289.40 | $0.00 |
| 50 | 6/30/2015 | $28.44 | $24.58 | $3.86 | $0.00 | $517.22 | $264.82 | $0.00 |
| 51 | 7/31/2015 | $268.35 | $264.82 | $3.53 | $0.00 | $520.75 | $0.00 | $0.00 |

**Annual Summary as of: 12/31/2015**

|  |  | $438.99 | $407.54 | $31.45 | $0.00 | $520.75 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|---|---|

**Grand Totals:**

|  |  | $1,690.35 | $1,169.60 | $520.75 | $0.00 | $520.75 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|---|---|

# Duc H. Ong - Parcel No. 217-61-223 5

**Title:** **Solve For Missing Number Transfer**

**Loan amount:** $2,890.36      **Interest rate:** 16.00      **Payment type:** Normal

**Amortization period:** 51 Months      **Compounding:** Simple Interest (U.S. Rule)

**Payments made:** Monthly      **Accelerated?** No      **Day Count Convention:** 30/360

| # | Payment Date | Payment Amount | Principal Portion | Interest Portion | Escrow Portion | Interest To Date | Principal Remaining | Escrow Balance |
|---|---|---|---|---|---|---|---|---|
| 1 | 5/31/2011 | $70.30 | $31.76 | $38.54 | $0.00 | $38.54 | $2,858.60 | $0.00 |
| 2 | 6/30/2011 | $70.30 | $32.19 | $38.11 | $0.00 | $76.65 | $2,826.41 | $0.00 |
| 3 | 7/31/2011 | $70.30 | $32.61 | $37.69 | $0.00 | $114.34 | $2,793.80 | $0.00 |
| 4 | 8/31/2011 | $70.30 | $33.05 | $37.25 | $0.00 | $151.59 | $2,760.75 | $0.00 |
| 5 | 9/30/2011 | $70.30 | $33.49 | $36.81 | $0.00 | $188.40 | $2,727.26 | $0.00 |
| 6 | 10/31/2011 | $70.30 | $33.94 | $36.36 | $0.00 | $224.76 | $2,693.32 | $0.00 |
| 7 | 11/30/2011 | $70.30 | $34.39 | $35.91 | $0.00 | $260.67 | $2,658.93 | $0.00 |
| 8 | 12/31/2011 | $70.30 | $34.85 | $35.45 | $0.00 | $296.12 | $2,624.08 | $0.00 |

**Annual Summary as of: 12/31/2011**

| | | $562.40 | $266.28 | $296.12 | $0.00 | $296.12 | $2,624.08 | $0.00 |
|---|---|---|---|---|---|---|---|---|
| 9 | 1/31/2012 | $70.30 | $35.31 | $34.99 | $0.00 | $331.11 | $2,588.77 | $0.00 |
| 10 | 2/29/2012 | $70.30 | $35.78 | $34.52 | $0.00 | $365.63 | $2,552.99 | $0.00 |
| 11 | 3/31/2012 | $70.30 | $36.26 | $34.04 | $0.00 | $399.67 | $2,516.73 | $0.00 |
| 12 | 4/30/2012 | $70.30 | $36.74 | $33.56 | $0.00 | $433.23 | $2,479.99 | $0.00 |
| 13 | 5/31/2012 | $70.30 | $37.23 | $33.07 | $0.00 | $466.30 | $2,442.76 | $0.00 |
| 14 | 6/30/2012 | $70.30 | $37.73 | $32.57 | $0.00 | $498.87 | $2,405.03 | $0.00 |
| 15 | 7/31/2012 | $70.30 | $38.23 | $32.07 | $0.00 | $530.94 | $2,366.80 | $0.00 |
| 16 | 8/31/2012 | $70.30 | $38.74 | $31.56 | $0.00 | $562.50 | $2,328.06 | $0.00 |
| 17 | 9/30/2012 | $70.30 | $39.26 | $31.04 | $0.00 | $593.54 | $2,288.80 | $0.00 |
| 18 | 10/31/2012 | $70.30 | $39.78 | $30.52 | $0.00 | $624.06 | $2,249.02 | $0.00 |
| 19 | 11/30/2012 | $70.30 | $40.31 | $29.99 | $0.00 | $654.05 | $2,208.71 | $0.00 |
| 20 | 12/31/2012 | $70.30 | $40.85 | $29.45 | $0.00 | $683.50 | $2,167.86 | $0.00 |

**Annual Summary as of: 12/31/2012**

| | | $843.60 | $456.22 | $387.38 | $0.00 | $683.50 | $2,167.86 | $0.00 |
|---|---|---|---|---|---|---|---|---|
| 21 | 1/31/2013 | $70.30 | $41.40 | $28.90 | $0.00 | $712.40 | $2,126.46 | $0.00 |
| 22 | 2/28/2013 | $70.30 | $41.95 | $28.35 | $0.00 | $740.75 | $2,084.51 | $0.00 |
| 23 | 3/31/2013 | $70.30 | $42.51 | $27.79 | $0.00 | $768.54 | $2,042.00 | $0.00 |
| 24 | 4/30/2013 | $70.30 | $43.07 | $27.23 | $0.00 | $795.77 | $1,998.93 | $0.00 |
| 25 | 5/31/2013 | $70.30 | $43.65 | $26.65 | $0.00 | $822.42 | $1,955.28 | $0.00 |
| 26 | 6/30/2013 | $70.30 | $44.23 | $26.07 | $0.00 | $848.49 | $1,911.05 | $0.00 |
| 27 | 7/31/2013 | $70.30 | $44.82 | $25.48 | $0.00 | $873.97 | $1,866.23 | $0.00 |
| 28 | 8/31/2013 | $70.30 | $45.42 | $24.88 | $0.00 | $898.85 | $1,820.81 | $0.00 |
| 29 | 9/30/2013 | $70.30 | $46.02 | $24.28 | $0.00 | $923.13 | $1,774.79 | $0.00 |
| 30 | 10/31/2013 | $70.30 | $46.64 | $23.66 | $0.00 | $946.79 | $1,728.15 | $0.00 |
| 31 | 11/30/2013 | $70.30 | $47.26 | $23.04 | $0.00 | $969.83 | $1,680.89 | $0.00 |
| 32 | 12/31/2013 | $70.30 | $47.89 | $22.41 | $0.00 | $992.24 | $1,633.00 | $0.00 |

**Annual Summary as of: 12/31/2013**

| | | $843.60 | $534.86 | $308.74 | $0.00 | $992.24 | $1,633.00 | $0.00 |
|---|---|---|---|---|---|---|---|---|
| 33 | 1/31/2014 | $70.30 | $48.53 | $21.77 | $0.00 | $1,014.01 | $1,584.47 | $0.00 |

# Duc H. Ong - Parcel No. 217-61-223 5

**Title:   Solve For Missing Number Transfer**

| # | Payment Date | Payment Amount | Principal Portion | Interest Portion | Escrow Portion | Interest To Date | Principal Remaining | Escrow Balance |
|---|---|---|---|---|---|---|---|---|
| 34 | 2/28/2014 | $70.30 | $49.17 | $21.13 | $0.00 | $1,035.14 | $1,535.30 | $0.00 |
| 35 | 3/31/2014 | $70.30 | $49.83 | $20.47 | $0.00 | $1,055.61 | $1,485.47 | $0.00 |
| 36 | 4/30/2014 | $70.30 | $50.49 | $19.81 | $0.00 | $1,075.42 | $1,434.98 | $0.00 |
| 37 | 5/31/2014 | $70.30 | $51.17 | $19.13 | $0.00 | $1,094.55 | $1,383.81 | $0.00 |
| 38 | 6/30/2014 | $70.30 | $51.85 | $18.45 | $0.00 | $1,113.00 | $1,331.96 | $0.00 |
| 39 | 7/31/2014 | $70.30 | $52.54 | $17.76 | $0.00 | $1,130.76 | $1,279.42 | $0.00 |
| 40 | 8/31/2014 | $70.30 | $53.24 | $17.06 | $0.00 | $1,147.82 | $1,226.18 | $0.00 |
| 41 | 9/30/2014 | $70.30 | $53.95 | $16.35 | $0.00 | $1,164.17 | $1,172.23 | $0.00 |
| 42 | 10/31/2014 | $70.30 | $54.67 | $15.63 | $0.00 | $1,179.80 | $1,117.56 | $0.00 |
| 43 | 11/30/2014 | $70.30 | $55.40 | $14.90 | $0.00 | $1,194.70 | $1,062.16 | $0.00 |
| 44 | 12/31/2014 | $70.30 | $56.14 | $14.16 | $0.00 | $1,208.86 | $1,006.02 | $0.00 |

**Annual Summary as of: 12/31/2014**

| | | $843.60 | $626.98 | $216.62 | $0.00 | $1,208.86 | $1,006.02 | $0.00 |
|---|---|---|---|---|---|---|---|---|
| 45 | 1/31/2015 | $70.30 | $56.89 | $13.41 | $0.00 | $1,222.27 | $949.13 | $0.00 |
| 46 | 2/28/2015 | $70.30 | $57.64 | $12.66 | $0.00 | $1,234.93 | $891.49 | $0.00 |
| 47 | 3/31/2015 | $70.30 | $58.41 | $11.89 | $0.00 | $1,246.82 | $833.08 | $0.00 |
| 48 | 4/30/2015 | $70.30 | $59.19 | $11.11 | $0.00 | $1,257.93 | $773.89 | $0.00 |
| 49 | 5/31/2015 | $70.30 | $59.98 | $10.32 | $0.00 | $1,268.25 | $713.91 | $0.00 |
| 50 | 6/30/2015 | $70.30 | $60.78 | $9.52 | $0.00 | $1,277.77 | $653.13 | $0.00 |
| 51 | 7/31/2015 | $661.84 | $653.13 | $8.71 | $0.00 | $1,286.48 | $0.00 | $0.00 |

**Annual Summary as of: 12/31/2015**

| | | $1,083.64 | $1,006.02 | $77.62 | $0.00 | $1,286.48 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|---|---|

**Grand Totals:**

| | | $4,176.84 | $2,890.36 | $1,286.48 | $0.00 | $1,286.48 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|---|---|